# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL LUIS COTA,<br>                    Appellant,<br>        vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 83950 |
| MICHAEL LUIS COTA,<br>                    Appellant,<br>        vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | ✓ No. 83954 |

**FILED**

JAN 1 9 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to change venue. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to change venue in a criminal matter, this court lacks jurisdiction to consider these appeals. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS these appeals dismissed.[1]

_____, J.
Silver

_____, J.            _____, J.
Cadish                                                    Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

_____

[1]Given this order, this court takes no action on the pro se letters filed on January 3, 2022.

22-01942

cc: Thomas W. Gregory, District Judge
Michael Luis Cota
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A